THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE CALANDRILLO, Appellant.— Judgment of conviction and order of the County Court of Kings county reversed on the law and the facts and a new trial ordered on the ground that the verdict was against the evidence and the guilt of the defendant was not shown beyond a reasonable doubt. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD M. TUBBS, Appellant.*— Judgment of conviction of the County Court of Dutchess county unanimously affirmed. *People* v. *Farina* (134 App. Div. 110) may not be said to have been a determination that a birth coming a few days after the gestation period of 280 days from the date of intercourse could not be ascribed to the act of intercourse complained of. If the case cited is a holding that this 280 days could not vary, it is not a decision which should be followed. The case was concurred in by but one justice in this court, two other justices concurring in result, and the fifth justice dissenting. The justices concurring in result may well have concluded that a new trial was proper because of the admission of evidence of a later " rape upon the same female." The case is at variance with *Mayer* v. *Davis* (119 App. Div. 96) and *Commissioner of Public Charities* v. *Leary* (144 id. 283). What was said by the writer of the published opinion in the *Farina* case regarding an alleged admission of guilt not constituting corroboration, must be deemed to have been overruled in *People* v. *Elston* (186 App. Div. 224, 229). Likewise, the case last cited is authority against the criticism of the appellant regarding the failure of the complainant to make any disclosure. The rebuttal testimony was competent to refute the defendant's claim of never having been out in an automobile with the complainant. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

DOUGLAS O. ROBERTSON, Suing for Himself as Stockholder, and All Other Stockholders of MARINE TRANSIT CORPORATION in Like Situation, Who Shall Choose to Make Themselves Parties to This Action, Respondent, v. JOHN D. SCHOONMAKER and Others, Appellants, Impleaded with NATIONAL MOTORSHIP CORPORATION, Defendant.— Order appointing a referee to take testimony and report his findings on the facts to the court on a motion for appointment of a receiver reversed on the law and the facts, with ten dollars costs and disbursements, and the motion for the appointment of a receiver remitted to the Special Term for determination. The making of the order was improvident. The motion should be decided by the Special Term itself, without any reference respecting it. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.